UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RONALD DAVIS,

       Plaintiff,                            Case No.  06-10461

v.                                           District Judge Robert H.Cleland
                                                 Magistrate Judge R. Steven Whalen

DR. AUDBERT ANTONINI,

       Defendant.
_____/

**ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL**
**[Docket #3 and #9]**

Plaintiff, a *pro se* prison inmate in this civil rights action brought under 42 U.S.C. §1983, has filed two motions for appointment of counsel [Docket #3 and #9].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases.  Rather, the Court requests members of the bar to assist in appropriate cases.  In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right.  It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been

denied. A motion to dismiss is presently pending [Docket #10].  At this point, Plaintiff's motion to appoint counsel is premature.  If Plaintiff's claims ultimately survive dispositive motions, he may renew his motion for appointment of counsel at that time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motions for appointment of counsel [Docket #3 and #9] are **DENIED WITHOUT PREJUDICE**.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  May 8, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 8, 2006.


S/G. Wilson
Judicial Assistant