UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD DAVIS,

      Plaintiff,                          Case No.  06-10461

v.                                      District Judge Robert H.Cleland
                                            Magistrate Judge R. Steven Whalen

DR. AUDBERT ANTONINI,

      Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**
**AND GRANTING DEFENDANT'S MOTION TO STAY**
**DISCOVERY**

Before the Court are Defendant's Motion for Protective Order Staying Discovery [Docket #21] and Plaintiff's Motion to Compel Discovery [Docket #24].

On February 7, 2007, the undersigned filed a Report and Recommendation (R&R) that Defendant's Motion to Dismiss be granted, and that the Complaint be dismissed with prejudice. Plaintiff filed objections to the R&R on February 22, 2007. If the R&R is adopted by the District Judge, the case will be dismissed, mooting any discovery requests. Accordingly,

Defendant's Motion for Protective Order Staying Discovery [Docket #21] is GRANTED, and all discovery will be stayed pending final disposition of Defendant's Motion to Dismiss.

Plaintiff's Motion to Compel Discovery is DENIED WITHOUT PREJUDICE.

SO ORDERED.


                                     S/R. Steven Whalen
                                     R. STEVEN WHALEN
                                     UNITED STATES MAGISTRATE JUDGE

Dated: March 5, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 5, 2007.

                                     S/G. Wilson
                                     Judicial Assistant